UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 9:20-cv-81036-AHS

TWISTED TSUNAMI, LLC, d/b/a TWO
TWISTED ITALIANS BISTRO,

    Plaintiff,

v.

AMGUARD INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, TWISTED TSUNAMI, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(i), and in light of Defendant's Motion to Dismiss wherein it is alleged insurance coverage does not exist based on the specific facts of this case, Plaintiff hereby voluntarily dismisses this action with prejudice.

/s/ Donna DeVaney Stockham
Donna DeVaney Stockham, Esq.
Florida Bar No. 121088
Kelly A. Fantetti, Esq.
Florida Bar No. 96141
**STOCKHAM LAW GROUP, P.A.**
109 S. Edison Ave.
Tampa, Florida 33606
Telephone: (813) 867-4455
Facsimile: (813) 867-4454
Attorney for Plaintiff
dstockham@stockhamlawgroup.com
kfantetti@stockhamlawgroup.com
Tampa.Pleadings@stockhamlawgroup.com

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via Electronic Mail to Gregory W. Coleman, Esq., and Santo DiGangi, Esq., at gcoleman@lawclc.com, sdigangi@lawclc.com, and cwoodward@lawclc.com on this 20th day of November 2020.

                                                          /s/Donna DeVaney Stockham
                                                          Attorney